OPINION — AG — THE OKLAHOMA PLANNING AND RESOURCES BOARD MAY PROPERLY APPROVE DIFFERENCES IN RATES WHERE THERE IS A DIFFERENCE IN THE FACILITIES OR THE TIME FOR WHICH THE FACILITIES ARE USED. . . . THAT IS, WE THINK YOUR BOARD MAY PROPERLY APPROVE A LOWER RATE FOR USERS OF ROOMS FOR A "LONG TERM" OR "SEASONAL" USER THAN FOR A USER WHO OCCUPIES THE ROOM FOR A SHORTER PERIOD OF TIME. (OPERATORS OF LODGES, COTTAGES AT LAKE MURRAY) CITE: 74 O.S.H. 356.2 (RICHARD HUFF)